COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:        01-14-00288-CR

Style:               Stephen William Siros v. The State of Texas

Date motion filed*:  December 23, 2014

Type of motion:      State's Third Motion for Extension of Time to File Appellate Brief

Party filing motion: Appellee

Document to be filed: Appellee's Brief

Is appeal accelerated?        No

If motion to extend time:
    Original due date:                October 9, 2014
    Number of extensions granted:        2        Current Due date:  December 19, 2014
    Date Requested:                January 19, 2015

Ordered that motion is:
    ☑ Granted

        If document is to be filed, document due:  January 20, 2015

        ☑        No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

Because this Court granted three of appellant's extension requests to file his appellate brief, which raises 8 points of error in a 47-page brief, and due to appellee's counsel's other professional duties, the State's third motion for an extension of time to file its appellee's brief is granted, but no further extensions will be granted.  Accordingly, if appellee's brief is not filed by January 20, 2015, the case may be set at issue and considered for submission on the appellant's brief only.  *See* TEX. R. APP. P. 38.9(a).

Judge's signature: /s/ Laura C. Higley
               ☒ Acting individually        ☐ Acting for the Court

Date:  December 30, 2014

November 7, 2008 Revision